THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kawanza Laquant Dunham,       
Appellant.
 
 
 

Appeal From York County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2004-UP-412
Submitted April 21, 2004  Filed June 
 24, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope of York, for Respondent.
 
 
 

 PER CURIAM:  Kawanza Laquant Dunham 
 [1] pled guilty to possession of crack cocaine with intent to distribute, 
 second offense, and possession of marijuana with intent to distribute, second 
 offense.  The circuit court sentenced Dunham to eight years in prison for the 
 crack cocaine charge and 5 years in prison for the marijuana charge, to be served 
 concurrently.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Dunhams counsel attached a petition to be relieved.  Dunham did file a pro 
 se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Dunhams appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [2] 
GOOLSBY, HOWARD, and BEATTY, JJ., concur. 

 
 [1] Dunhams name appears on the indictment as Kawanzaa 
 Laquant Dunham.  Dunham spells his name Kawanza Laquanta Dunham on the caption 
 of his pro se brief.

 
 
 [2] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.